# Exhibit A

1
2
3
4
5
6

Nathan A. Searles (SBN 234315)
NASearles@portfoliorecovery.com
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, VA  23502
Tel:  (757) 519-9300, Ext 13206
Fax: (757) 321-2518

Attorney for Defendant
Portfolio Recovery Associates, LLC

7

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

8

**COUNTY OF SAN DIEGO**

9

| | |
|---|---|
| 10 SHARON I. MUNSON,<br><br>11         Plaintiff,<br><br>12<br>     v.<br>13<br>14 PORTFOLIO RECOVERY<br>ASSOCIATES, LLC,<br>15<br>        Defendant.<br>16<br>17<br>18 | Case No. 37-2015-00013128-CL-NP-NC<br><br><br>**NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL OF ACTION FROM STATE COURT TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**<br><br>Complaint Filed:  April 21, 2015<br>Trial Date:     None Set |

19
20
21
22
23
24
25
26
27
28

1

**PLEASE TAKE NOTICE THAT** on May 26, 2015, Defendant Portfolio Recovery Associates, LLC ("PRA") filed a Notice of Removal to remove this action to the United States District Court for the Southern District of California.  In compliance with 28 U.S.C. § 1446(d), a copy of the Notice of Removal is attached as **Exhibit 1** to this Notice and is served and filed herewith.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to 28 U.S.C. § 1446(d), the filing of this Notice removes this action and stays all proceedings in connection therewith in the San Diego County Superior Court unless and until this action is remanded.

DATED: May 26, 2015

By:   _/s/  Nathan A. Searles_
Nathan A. Searles

*Attorney for Defendant*
*Portfolio Recovery Associates, LLC*

## <u>PROOF OF SERVICE</u>

I am over the age of 18 and not a party to this action.  My business address is: 140 Corporate Boulevard, Norfolk, Virginia 23502.

On May 26, 2015, I served true copies of the following document(s), with all exhibits and attachments (if any):

**(1) Notice To State Court and Adverse Party of Removal of Action From State Court to United States District Court for the Northern District of California**

☒  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Norfolk, Virginia, addressed as set forth below.

Conrad F. Joyner, Jr., Esquire
P.O. Box 425
San Luis Rey, CA 92068

I am readily familiar with the company's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 26, 2015, at Norfolk, Virginia.


/s/ Sonia L. Gomez
Sonia L. Gomez, Litigation Paralegal
Portfolio Recovery Associates