PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):<br>HUNT & HENRIQUES, Attorneys at Law<br>Michael S. Hunt, ESQ.    #99804<br>Janalie Henriques, ESQ. #111589<br>151 Bernal Rd. STE 8,         San Jose, CA 95119-1306<br>TELEPHONE NO: (408) 362-2270    FAX NO. (OPTIONAL): (408) 362-2299<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name):   PLAINTIFF | FOR COURT USE ONLY<br><br>FILED<br>NORTH COUNTY DIVISION<br>2014 APR 14 AM 9: 33<br>CLERK-SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |

SUPERIOR OF CALIFORNIA, COUNTY OF San Diego
COURT
STREET ADDRESS: 325 South Melrose Drive
MAILING ADDRESS: Vista CA 92081
CITY AND ZIP CODE: North County Division
BRANCH NAME:

PLAINTIFF:   PORTFOLIO RECOVERY ASSOCIATES, LLC

DEFENDANT:   SHARON I MUNSON

[ ] DOES 1 TO _____

## CONTRACT

[X] COMPLAINT       [ ] AMENDED COMPLAINT (Number):

[ ] CROSS-COMPLAINT   [ ] AMENDED CROSS-COMPLAINT (Number):

| Jurisdiction (check all that apply):<br>[X] ACTION IS A LIMITED CIVIL CASE     $9,530.78<br>    Amount demanded  [X] does not exceed $10,000<br>                      [ ] exceeds $10,000, but does not exceed $25,000<br>[ ] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint<br>    [ ] from limited to unlimited<br>    [ ] from unlimited to limited | CASE NUMBER:<br><br>37-2014-00011536-CL-CL-NC |

1. PLAINTIFF* (names): PORTFOLIO RECOVERY ASSOCIATES, LLC

   alleges causes of action against DEFENDANT* (names):
   SHARON I MUNSON
2. This pleading, including attachments and exhibits, consists of the following number of pages: __4__
3. a. Each plaintiff named above is a competent adult
      [X] except plaintiff (name): PORTFOLIO RECOVERY ASSOCIATES, LLC
          [ ] a corporation qualified to do business in California
          [ ] an unincorporated entity (describe):
          [X] other (specify): A Limited Liability Company

   b. [ ] Plaintiff (name):
         [ ] has complied with the fictitious business name laws and is doing business under the fictitious name of (specify):

         [ ] has complied with all licensing requirements as a licensed (specify):
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Complaint - Attachment 3c.

4. a. Each defendant named above is a natural person
      [ ] except defendant (name):                               [ ] except defendant (name):
          [ ] a business organization, form unknown                  [ ] a business organization, form unknown
          [ ] a corporation                                          [ ] a corporation
          [ ] an unincorporated entity (describe):                   [ ] an unincorporated entity (describe):

          [ ] a public entity (describe):                            [ ] a public entity (describe):

          [ ] other (specify):                                       [ ] other (specify):

---

*If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.    Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT - Contract**

Code of Civ. Proc., § 425.12



PLD-C-001

| SHORT TITLE:<br>PORTFOLIO RECOVERY ASSOCIATES, LLC V.<br>SHARON I MUNSON | CASE NUMBER: |
|---|---|

**4.** *(Continued)*
   b. The true names and capacities of defendants sued as Does are unknown to plaintiff.
   (1) [ ]  Doe defendants (specify Doe numbers): _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
   (2) [ ]  Doe defendants (specify Doe numbers): _____ are persons whose capacities are unknown to plaintiff.
   c. [ ] Information about additional defendants who are not natural persons is contained in Complaint - Attachment 4c.
   d. [ ] Defendants who are joined pursuant to Code of Civil Procedure section 382 are *(names)*:

**5.** [ ] Plaintiff is required to comply with a claims statute, **and**
   a. [ ] plaintiff has complied with applicable claims statutes, or
   b. [ ] plaintiff is excused from complying because *(specify)*:

**6.** [ ] This action is subject to [ ] Civil Code section 1812.10 [ ] Civil Code section 2984.4.

**7.** This court is the proper court because
   a. [ ] a defendant entered into the contract here.
   b. [ ] a defendant lived here when the contract was entered into.
   c. [X] a defendant lives here now.
   d. [ ] the contract was to be performed here.
   e. [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. [ ] real property that is the subject of this action is located here.
   g. [ ] other *(specify)*:

**8.** The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   [ ] Breach of Contract
   [X] Common Counts
   [ ] Other *(specify)*:

**9.** [ ] Other:

**10. PLAINTIFF PRAYS** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. [X] damages of $ _9,530.78_
   b. [X] interest on the damages
      (1) [ ] according to proof
      (2) [X] at the rate of _0.0000_ percent per year from *(date)*: April 30, 2013
   c. [ ] attorney fees
      (1) [ ] of $ _____
      (2) [ ] according to proof.
   d. [ ] other *(specify)*:

**11.** [X] The following paragraphs of this pleading are alleged on information and belief *(specify paragraph numbers)*:
   CC-1a(1), CC-1a(2), CC-1b(1), CC-1b(3), CC-1b(4), CC-1b(5)

Date: March 28, 2014
MICHAEL S. HUNT #99804   OR
JANALIE HENRIQUES  #111589          /S/ Janalie Henriques
Anthony DiPiero #268246                   /S/ Anthony DiPiero #268246
       (TYPE OR PRINT NAME)                  (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

| SHORT TITLE:<br>PORTFOLIO RECOVERY ASSOCIATES, LLC v.<br>SHARON I MUNSON | CASE NUMBER: |
|---|---|

<u>   FIRST   </u>  **CAUSE OF ACTION - Common Counts**
(number)

ATTACHMENT TO  [ X ] Complaint  [  ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name)*:
    PORTFOLIO RECOVERY ASSOCIATES, LLC
alleges that defendant *(name)*:
    SHARON I MUNSON
became indebted to  [  ] plaintiff  [ X ] other *(name)*: FIA CARD SERVICES, N.A. OR A PREDECESSOR IN INTEREST

a. [ X ] within the last four years
    (1) [ X ] on an open book account for money due.
    (2) [ X ] because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

b. [ X ] within the last  [  ] two years  [ X ] four years
    (1) [ X ] for money had and received by defendant for the use and benefit of plaintiff. for work, labor,
    (2) [  ] services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff
        [  ] the sum of $
        [  ] the reasonable value.
    (3) [ X ] for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
        [ X ] the sum of $ $9,530.78
        [  ] the reasonable value.
    (4) [ X ] for money lent by plaintiff to defendant at defendant's request.
    (5) [ X ] for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
    (6) [  ] other *(specify)*:

CC-2. $ $9,530.78           , which is the reasonable value, is due and unpaid despite plaintiff's demand, plus prejudgment interest  [  ] according to proof  [ X ] at the rate of <u> 0.0000 </u> percent per year from *(date)*: April 30, 2013

CC-3. [  ] Plaintiff is entitled to attorney fees by an agreement or a statute
    [  ] of $
    [  ] according to proof.

CC.4. [ X ] Other:
    PLAINTIFF PURCHASED THE ACCOUNT FROM THE ORIGINAL CREDITOR OR ITS SUCCESSOR(S) IN INTEREST. PLAINTIFF IS THE CURRENT OWNER OF THE ACCOUNT.

Page 3

| Form Approved for Optional Use<br>Judicial Council of California | **CAUSE OF ACTION - Common Counts** | Code of Civil Procedure, § 425.12 |
|---|---|---|



SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
Vista JUDICIAL DISTRICT

**STATEMENT OF LOCATION/VENUE**

**CASE NAME: PORTFOLIO RECOVERY ASSOCIATES, LLC
V. SHARON I MUNSON**
**CASE NUMBER:** 37-2014-00011536-CL-CL-NC

Please check ONE of the following statements to indicate the basis for your filing of the complaint in this Judicial District and fill in the address.

\_\_\_\_ 1. Cause of Action arose in this Judicial District. Address of the cause of action is:

_____
Street          City           Zip Code

\_\_\_\_ 2. Property located in this judicial district. The address of this property is:

_____
Street          City           Zip Code

\_\_\_\_ 3. Tort occurred in this judicial district. The address of the tort is:

_____
Street (if known)   City           Zip Code
(or nearest major intersection)

\_\_\_\_ 4. Contract entered into or to be performed in this judicial district. The address where contract entered into or to be performed is:

_____
Street (if known)   City           Zip Code

XXX 5. Defendant resides in this judicial district. The address of the defendant is:
6433 TOPMAST DR CARLSBAD CA 92011
Street          City           Zip Code

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: March 28, 2014      /S/ Janalie Henriques
                           /S/ Anthony DiPiero #268246
                           Signature of Plaintiff's Attorney
                           HUNT & HENRIQUES