# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON I. MUNSON,<br><br>        Plaintiff,<br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>        Defendant. | CASE NO. 15-cv-1172-CAB (BLM)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS<br><br>[Doc. No. 14] |

The parties' joint motion to dismiss [Doc. No. 14] is **GRANTED**. This action is dismissed with prejudice, with each party to bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: July 27, 2015

_____
**CATHY ANN BENCIVENGO**
United States District Judge